# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

United States of America )
v. )
)
Dequan Keonter Chambers )
*Defendant* )
)

Case No. 3-16-cr-44

## WAIVER OF PRELIMINARY HEARING

I understand and acknowledge:

1. That I have been charged a) with one or more offenses in a Criminal Complaint OR b) with violating the terms and conditions of probation or supervised release.

2. That I have a right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1, to determine whether there is probable cause to support the allegations against me.

3. That at a preliminary hearing, I would have the right to be represented by counsel, hear and confront the Government's evidence, and present my own evidence.

4. That if I waive my right to a preliminary hearing, such a hearing will not be held and the Court will find that there is probable cause to support the allegations against me.

5. That I have read this waiver form, or had it read to or translated for me, and that I understand it.

I have discussed these issues with my attorney and I now wish to:

☐ Waive my right to a preliminary hearing.

☒ Waive my right to a preliminary hearing AND waive my right to be present in court when this waiver is presented.

Date: 8/11/25

_____
*Defendant's signature*

Date: 8/11/25

_____
*Attorney's signature*