# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

United States of America      )
          v.              )
                       )   Case No. 3 – 16 – cr – 44

Dequan Keontez Chambers )
          *Defendant*        )

## WAIVER OF DETENTION HEARING/CONTINUANCE REQUEST

I understand and acknowledge:

1.  That the Government has requested that I be held without bond pending the outcome of my case.

2.  That I have the right to a hearing on the Government's request and for the Court to determine whether I should be held without bond or released on conditions.

3.  That at a detention hearing, I would have the right to be represented by counsel, confront the Government's evidence, and present my own evidence.

4.  That if I waive my right to a detention hearing at this time, I will be held without bond pending further proceedings in my case, though I may still request a hearing at a later time.

5.  That I have read this waiver form, or had it read to or translated for me, and that I understand it.

I have discussed these issues with my attorney and:

☐ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future.

☒ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future AND I waive my right to be present in court when this waiver is presented.

Date: 8/11/25                     *Mr. Chambers, De'Quan*
                                                *Defendant's signature*

Date: 8/11/25                     *Mary Lee Coleman*
                                                  *Attorney's signature*